Ella Wilson, appellee, v. The National Life and Accident Insurance Company, appellant. Gen. No. 38,921.

Opinion filed October 13, 1936.

Murphy O. Tate and Leo M. Tarpey, for appellant. Charles A. Wilson, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Metropolitan Trust Company, appellant, v. E. LeQuatte et al., appellees. Gen. No. 38,947.

Opinion filed October 13, 1936.

Charles E. Carpenter, for appellant; John C. Melaniphy, of counsel. Robertson, Crowe & Spence, for certain appellee; Burt A. Crowe, of counsel. Leo G. Hana, for certain other appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Michael Bierut, appellant, v. Wladyslaw Setlak and Mary Setlak, appellees. Gen. No. 38,825.

Opinion filed October 13, 1936.

Levinson & Levinson, for appellant. Kelner & Kelner, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Walker W. Tackett, appellee, v. William C. Tackett et al., appellants. Gen. No. 38,848.

Opinion filed October 13, 1936.

Litsinger, Healy, Reid & Bye, for appellants; Daniel M. Healy, of counsel. Benjamin H. Ehrlich and Aaron H. Cohn, for appellee.

Mr. Justice McSurely delivered the opinion of the court.